IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                    PLAINTIFF

        v.     Criminal Case No. 96-50001-001

**DENNIS CORDES**                                                DEFENDANT

                          **O R D E R**

   Now on this 15th day of December, 2011, come on for consideration

   *    defendant's **Application To Proceed In District Court Without Prepaying Fees Or Costs** (document #329);

   *    **Magistrate Judge's Report And Recommendation** (document #332); and

   *    documents #334 and #335, construed as objections to the Report And Recommendation.

   The Court has considered these documents, and finds that the Report And Recommendation is sound in all respects, and should be adopted *in toto*.  Defendant's objections are without merit, consisting of frivolous arguments that have already been rejected, and will be overruled.  The Application will be denied.

   **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #332) is **adopted in toto.**

   **IT IS FURTHER ORDERED** that defendant's objections to the Magistrate Judge's Report And Recommendation (document #333) are **overruled.**

   **IT IS FURTHER ORDERED** that defendant's **Application To Proceed In District Court Without Prepaying Fees Or Costs** (document #329)

is **denied.**

**IT IS SO ORDERED.**

<u>**/s/ Jimm Larry Hendren**</u>
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**